THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. GORDON WHITMAN, Respondent, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent-Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal from order denying motion to dismiss habeas corpus. Appeal dismissed. (Civ. Prac. Act, § 1274.) Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Brewster, J., taking no part. [See, also, *Matter of Morhous* v. *N. Y. Supreme Court, ante,* p. 527.]

In the Matter of AUGUST H. HOFFMAN, Appellant. STATE TAX COMMISSION, Respondent.— Appeal from an order denying motion to quash subpœna issued by the State Tax Commission in an investigation as to the assessment of real property in the city of Albany. Order affirmed, without costs. Appellant to appear at such time and place as Commission may direct. All concur.

WINIFRED D. FLYNN, Respondent, v. ROYAL DEVELOPMENT COMPANY, Appellant. MARY F. FOLEY, Respondent, v. SAME, Appellant. MINNIE R. CARROLL, Respondent, v. SAME, Appellant. MARGARET R. GRIFFIN, Respondent, v. SAME, Appellant. ELIZABETH B. O'CONNELL, Respondent, v. SAME, Appellant. LEO J. BUCKLEY, Respondent, v. SAME, Appellant. MICHAEL J. McNAMARA, Respondent, v. SAME, Appellant. ANNA R. BUCKLEY, Respondent, v. SAME, Appellant. SUSIE K. ROUNDS, Respondent, v. SAME, Appellant. SEARLE B. CLARK, Respondent, v. SAME, Appellant. ANNE F. O'DONNELL, Respondent, v. SAME, Appellant. ELIZABETH J. CROWLEY, Respondent, v. SAME, Appellant. M. GERTRUDE MURPHY, Respondent, v. SAME, Appellant. TERESA D. O'CONNELL, Respondent, v. SAME, Appellant. ALBERT O'CONNELL, Respondent, v. SAME, Appellant. MOLLIE F. BERGIN, Respondent, v. SAME, Appellant. MOLLIE F. BERGIN, as Administratrix of the Estate of JOHN J. BERGIN, Deceased, Respondent, v. SAME, Appellant. D. FRED BIRCHARD, Respondent, v. SAME, Appellant. CLEMENT J. O'CONNELL, Respondent, v. SAME, Appellant. THOMAS P. O'CONNELL, Respondent, v. SAME, Appellant. THOMAS P. O'CONNELL et al., Respondents, v. SAME, Appellant. MARY C. QUINN, as Executrix of JOHN J. QUINN, Deceased, Respondent, v. SAME, Appellant. SEARLE B. CLARK, Respondent, v. SAME, Appellant.— Motion by defendant under rule 113 of the Rules of Civil Practice for summary judgment upon the ground that the twenty-three actions are barred by the Statute of Limitations. Earlier motions under rule 107 of the Rules of Civil Practice upon the same grounds have been denied. The orders were affirmed by this court. (*Flynn* v. *Royal Development Co.,* 265 App. Div. 592.) The order should be affirmed. Order affirmed, with fifty dollars costs in one action. All concur. [See *post,* p. 1011.]

AUGUSTINE ST. PIERRE, as Administratrix of the Estate of ALEXIS ST. PIERRE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24924.) — Motion for reargument granted, without costs. [See *ante,* p. 795.] All concur.

ARC ENGINEERING CORPORATION, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 25495.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Attention is called to the fact that a copy of the decision of this court is not attached to the motion papers as required by rule 16 of the Rules of the Appellate Division, Third Department. [See *ante,* p. 797.] All concur.